[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:    (1)    THURMAN BANKS JR.                                        Case No. 19-26480

         (2)
Debtor(s).                                                                 Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**    (1)    6367 DAWN HAVEN DRIVE
                      MILLINGTON, TN  38053

**PLAN PAYMENT:**

   DEBTOR (1) shall pay $ **$145.00 PER MONTH**

      ( ) PAYROLL DEDUCTION from:                                          **OR  (X)  DIRECT PAY**

   DEBTOR (2) shall pay $

      ( ) PAYROLL DEDUCTION from:                                          **OR  ( )  DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A)  CONTAINS A NON-STANDARD PROVISION.  [See Plan Provision #19]      ( ) YES  ( X ) NO

   (B)  LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF      (X) YES  ( ) NO
        THE COLLATERAL FOR THE CLAIM.  [See Plan Provision #7 and #8]

   (C)  AVOIDS A SECURITY INTEREST OR LIEN.  [See Plan Provision #12]     ( ) YES  ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**    **Monthly Plan Payment**

   NONE                            Ongoing Payment Begins:                 $
                                   Approximate Arrearage:                  $

5. **PRIORITY CLAIMS:**

   NONE                            Amount:                                 $

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   NONE                            Ongoing Payment Begins:                 $
                                   Approximate Arrearage:                  $

7. **SECURED CLAIMS:**

   [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)]    Value of Collateral:    Rate of Interest:    **Monthly Plan Payment**

   CONN'S                                      $1,250                 5.25%                $25.00
   (furniture)

   EXETER FINANCE              TO BE PAID OUTSIDE OF PLAN BY CO-SIGNOR                     $0.00
   (2010 Ford Escape)

In Re THURMAN BANKS JR.
Page # 2 of Plan

**8.    SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain Lien 11 U.S.C. Sec. 1325(a)]    Value of Collateral        Rate of Interest:            **Monthly Plan Payment**

NISSAN MOTOR ACCEPTANCE CORP        TO BE PAID OUTSIDE OF PLAN BY CO-SIGNOR        $0.00
(2018 Nissan Altima)

**9.    SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

CREDIT ACCEPTANCE CORP.        Collateral:  2008 CHEVY SILVERADO
                               Collateral:

**10.    SPECIAL CLASS UNSECURED CLAIMS:**
                Amount:        Rate of Interest:        **Monthly Plan Payment**

NONE                                                    $
                                                        $

**11.    STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

NONE                ( ) Not provided for  **OR**  ( ) General unsecured creditor
                    ( ) Not provided for  **OR**  ( ) General unsecured creditor

**12.    THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

**13.    ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14.    ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**    $32,000

**15.    THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( X ) 10%,  **OR**

( ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16.    THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

SOUTHERN MEADOWS                        (X) Assumes  **OR**  ( ) Rejects.
                                        ( ) Assumes  **OR**  ( ) Rejects.

**17.    COMPLETION:**  Plan shall be completed upon payment of the above in approximately **60** months.

**18.    FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

**19.    NON-STANDARD PROVISION(S):**

NONE

**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

**20.    CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Brad George (TN #17994)                    **DATE:** August 15, 2019
Counsel for Debtor(s)
2400 Poplar Avenue #460
Memphis, TN  38112
(901) 323-1311